144 A.3d 71

IN THE MATTER OF KIRILL PERCY, AN ATTORNEY
AT LAW (ATTORNEY NO. 052661995)

September 14, 2016

## ORDER

The Disciplinary Review Board having filed with the Court it decision in DRB 15-258, recommending that as a matter of final discipline pursuant to *Rule* 1:20-13(c), **KIRILL PERCY** of **AVENTURA, FLORIDA,** who was admitted to the bar of this State in 1996, and who has been temporarily suspended from the practice of law since April 10, 2013, should be disbarred;

And the recommendation of disbarment being based on respondent's guilty plea in the United States District Court for the Southern District of New York to one count of conspiracy to defraud the United States Government in violation of 18 *U.S.C.*

§ 371, and to one count of health care fraud, in the United States District Court for the Eastern District of New York, in violation of 18 *U.S.C.* § 1347, conduct that in New Jersey violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **KIRILL PERCY** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KIRILL PERCY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **KIRILL PERCY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **KIRILL PERCY** comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **KIRILL PERCY** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, provided in *Rule* 1:20-17.